RECEIVED
IN LAKE CHARLES, LA

JUL 2 5 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **RICKY WILLIAMS** | : | **DOCKET NO. 06-cv-0314** |
| **VS.** | : | **JUDGE MINALDI** |
| **ALBERTO GONZALES** | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that the petition be DENIED and DISMISSED as moot.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 25 day of July, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE